IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02081-LTB

RAYMOND MARCUS SANDOVAL,

    Plaintiff,

v.

TED MINK, Sheriff, in his official capacity,
PATSY MUNDELL, Chief, in her official capacity,
KATHERINE FEROE, H.O., in her individual and official capacity,
SEAN RENFRO, Admin. Sgt., in his individual and official capacity,
MIKE COLLINS, Admin. Counsel, in his individual and official capacity,
RICHARD WEBB, Admin. Sgt., in his individual and official capacity,
PAUL, LPN, in his individual and official capacity,
MATT, P.A., in his individual and official capacity,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 14, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 14 day of September, 2012.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/L. Gianelli
                        Deputy Clerk